1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GARY G. HAMPTON,                          No.  2:20-CV-1001-KJM-DMC-P

12            Plaintiff,

13       v.                                    ORDER

14   AUSTIN, et al.,

15            Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.

19            On September 24, 2021, Plaintiff filed his first amended complaint without signing

20   it.  ECF No. 19, pg. 6.  The Federal Rules of Civil Procedure provides:

21            Every pleading, written motion, and other paper must be signed by at least
             one attorney of record in the attorney's name—or by a party personally if
22           the party is unrepresented. . . .  The court must strike an unsigned paper
             unless the omission is promptly corrected after being called to the
23           attorney's or party's attention.

24            Fed. R. Civ. P. 11(a); <u>see</u> <u>also</u> Local Rule 131(b).

25   / / /

26   / / /

27   / / /

28   / / /

1

Because Plaintiff did not sign his first amended complaint, it is stricken.  Plaintiff is directed to file a signed first amended complaint within 30 days of the date of this order.  If Plaintiff does not file a signed first amended complaint within the time provided therefor, the action will proceed on the original complaint against Defendant Welch only.

IT IS SO ORDERED.


Dated:  December 1, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE