1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARY G. HAMPTON, JR.,                    No.  2:20-CV-1001-KJM-DMC-P

12              Plaintiff,

13        v.                                  ORDER

14   LORI W. AUSTIN, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under

18   42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge as provided by

19   Eastern District of California local rules.

20          On February 15, 2022, the Magistrate Judge filed findings and recommendations,

21   which were served on the parties and which contained notice that the parties may file objections

22   within the time specified therein.  No objections to the findings and recommendations have been

23   filed.

24          The court presumes that any findings of fact are correct.  *See Orand v. United*

25   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

26   reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations

27   of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

28   /////

                                                  1

1    court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3              Accordingly, IT IS HEREBY ORDERED that:

4              1.      The findings and recommendations filed February 15, 2022, are adopted in

5    full;

6              2.      This action shall proceed on Plaintiff's original complaint against

7    Defendant Welch only on Plaintiff's claim that, despite Plaintiff's suicidal ideation, Defendant

8    Welch "did nothing";

9              3.      All other claims and defendants are dismissed; and

10             4.      The matter is referred back to the assigned Magistrate Judge for further

11   pre-trial proceedings.

12   DATED:  May 23, 2022.

13

14   _____
     CHIEF UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28