IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY GRANT HAMPTON, JR.,** <br><br> Plaintiff, <br><br> v. <br><br> **AUSTIN, et al.,** <br><br> Defendants. | Case No. 2:20-cv-01001-KJM-DMC (PC) <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF EARLY ALTERNATIVE DISPUTE RESOLUTION** |

Defendant Welsh requests to opt out of the Court's post-screening Alternative Dispute Resolution (ADR), ECF No. 47, because after a review of the matter, conferring with counsel's supervisor, and speaking with Plaintiff Tion Alonzo Grimmett Hill, Sr., counsel believes that a settlement conference would not be productive at this time.  Upon due consideration and good cause appearing, the Court **GRANTS** Defendant's request.  The stay of proceedings imposed on October 26, 2023, is **LIFTED**.  The Court will issue a discovery and scheduling order separately.

**IT IS SO ORDERED.**

**Dated:  November 27, 2023**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE